NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ETHAN PETERSON,                          )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D18-49
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____      )

Opinion filed July 6, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Ethan Peterson, pro se.


PER CURIAM.


            Affirmed.


VILLANTI, BLACK, and BADALAMENTI, JJ., Concur.